[Nos. 63111-0-I; 63616-2-I.   Division One.   March 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH M. KAISER ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 07-2-08789-3, Palmer Robinson, J., entered February 11, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Becker, JJ. Now published at 161 Wn. App. 705.

[No. 63959-5-I.   Division One.   March 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN E.L. LANE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00878-8, Michael E. Rickert, J., entered July 15, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.

[No. 64291-0-I.   Division One.   March 21, 2011.]

JAMES A. BIRD, *Respondent*, v. BEST PLUMBING GROUP, LLC, *Respondent*, FARMERS INSURANCE EXCHANGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-14723-3, Hollis R. Hill, J., entered October 2, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ. Now published at 161 Wn. App. 510.

[No. 64799-7-I.   Division One.   March 21, 2011.]

PLAINFIELD SPECIALTY HOLDINGS II, INC., ET AL., *Respondents*, v. WORLDWIDE WATER, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-04394-7, Arden J. Bedle, J. Pro Tem., entered December 11, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J.